**Order filed January 6, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00204-CR

_____

**NEVA JANE GONZALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court
Harris County, Texas
Trial Court Cause No. 1376224**

---

## ORDER

On December 4, 2014, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file appellant's brief. On December 16, 2014, appellant's brief was filed, as well as a motion to reinstated the appeal. The motion is granted.

Our order of December 4, 2014, is withdrawn and the appeal is reinstated. The State's brief is due thirty days after the date of this order.

PER CURIAM